**Entered on Docket
May 29, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re<br><br>JOSE AZMITIA,<br><br>        Debtor(s). | Bankruptcy Case No. BK-S-09-13716-mkn<br>Chapter 7<br><br>WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    May 18, 2009<br>Time:   10:30 a.m. |
|---|---|

/././

/././

1  A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 5129 Cannon Boulevard, Las Vegas, Nevada 89108 ("Real Property"), which is legally described as:

> LOT EIGHT (8) IN BLOCK FIVE (5) OF AMENDED GOLF RIDGE TERRACE UNIT NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 5 OF PLATS, PAGE 83, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. APN: 138-25-615-026.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

APPROVED/DISAPPROVED

_____
YVETTE WEINSTEIN
TRUSTEE

/././
/././
/././
/././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

☒ Failed to respond. - Trustee

### 

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB